**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>THOMAS LAYMAN BINFORD,<br><br>　　　　　　　　　　Defendant. | Case No: 1:20-CR-00150-NODJ-BAM<br><br>**ORDER** |

**O R D E R**

　　IT IS ORDERED that trial scheduled for August 27, 2024, and the trial confirmation hearing scheduled for August 12, 2024, be **VACATED**. It is FURTHER ORDERED that a change of plea be **SCHEDULED** for **September 09, 2024**.

　　IT IS FURTHER ORDERED THAT the period of time from August 27, 2024 through September 9, 2024 is deemed excludable pursuant to 18 U.S.C. §§§ 3161(h)(1)(A)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: July 15, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

1