MARK W. COLEMAN #117306
LAW OFFICE OF MARK W. COLEMAN
2300 Tulare Street, Suite 300
Fresno, California 93721
P: (559) 552-8800
F: (559) 475-9328

Attorneys for Defendant
THOMAS BINFORD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THOMAS BINFORD,<br><br>　　　　Defendant. | Case No.: 1:20-CR-00150-NODJ-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING AND ORDER**<br><br>Date: December 17, 2024<br>Time: 8:30 a.m.<br>Judge: NODJ |

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for December 17, 2024, at 8:30 a.m., be continued to February 10, 2025, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar.

This continuance is requested by counsel for Defendant due to the fact that additional time is needed for counsel to meet with Defendant and prepare appropriate pre-sentencing documents. Defendant is housed in Taft, CA, and due to Counsel's schedule, he has been unable to travel to meet with client.

Counsel for Defendant has spoken with Assistant U. S. Attorney, Arin Heinz, who has no objection to this continuance.

///

///

Dated: November 19, 2024.                    Respectfully Submitted,

                                             LAW OFFICE OF MARK W. COLEMAN

                                             /s/ MARK W. COLEMAN

                                             MARK W. COLEMAN
                                             Attorney for Defendant

Dated: November 19, 2024.                    UNITED STATES ATTORNEY'S OFFICE

                                             /s/ ARIN HEINZ

                                             _____
                                             ARIN HEINZ
                                             Assistant U.S. Attorney

                                             * * * * * * * * * *

### ORDER

IT IS SO ORDERED that the sentencing hearing is continued from December 17, 2024, to **February 10, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. IT IS SO ORDERED.

Dated:   **November 19, 2024**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE