| | |
|---|---|
| 1 | MARK W. COLEMAN #117306 |
| 2 | LAW OFFICE OF MARK W. COLEMAN<br>2300 Tulare Street, Suite 300 |
| 3 | Fresno, California 93721<br>P: (559) 552-8800 |
| 4 | F: (559) 475-9328 |

Attorneys for Defendant
THOMAS BINFORD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20-CR-00150-NODJ-BAM |
| Plaintiff, | **CHARACTER LETTERS FOR THOMAS BINFORD** |
| v. | Date: February 12, 2025 |
| THOMAS BINFORD, | Time: 9:30 a.m.<br>Judge: NODJ |
| Defendant. | |

Defendant, THOMAS BINFORD, by and through his counsel, MARK W. COLEMAN of LAW OFFICE OF MARK W. COLEMAN, hereby submits the attached character letters for the court's consideration.

Dated: February 10, 2025.	Respectfully Submitted,

LAW OFFICE OF MARK W. COLEMAN

/s/ MARK W. COLEMAN

MARK W. COLEMAN
Attorney for Defendant

15097 S. Halter Way
Bluffdale, UT 84065
teganjanae18@gmail.com
(559)940-5398
2/6/25

The Honorable Judge
United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA

Dear Honorable Judge,

    My name is Tegan Binford, I am 36 years old, and I am Thomas Layman Binford's oldest daughter. My Dad started struggling with pornography as a teenager, and his addiction escalated to offending me when I was in 7th grade (2001). He served a 5-year probation—making a lot of positive life changes during that time—and then came back into my life when I was 18 years old. Several years ago, my Dad and I talked through the abuse. He showed heartfelt remorse about the pain he'd caused and the impact his choices had on me and our family, and has worked hard to make restitution and repair relationships. Today, we have a great relationship! My Dad is my biggest cheerleader, and sometimes he's the only one I can talk to about heartbreaking challenges. He'll give me encouragement, hope, patience, empathy, love, a sounding board, and advice—particularly to forgive, to pray, and to hold on to my faith.

    For context: Since graduation, I've spent the last 15 years working with at-risk youth in various capacities. I've served as a Mentor and advocate for students in state custody, an Academic Advisor for 16-21 year-olds trying to finish their diplomas, a teacher for teenage sex offenders in a treatment center, high school Psychology and Health Teacher, School Counselor, and now I'm finishing up a Clinical Mental Health Counseling program. In my personal and professional experiences, I've learned a great deal about addiction, trauma, attachment wounds, depression, and other mental health challenges. I'm currently finishing up two internships: One is working with 7th-9th graders with various homelife challenges and mental health needs, and the other is a private practice that specializes in sex/pornography addiction (CSAT), betrayal trauma, sexual trauma, codependency, and Lifespan Integration Therapy. These professional opportunities have helped me on my own healing journey, and I'm grateful to get to help facilitate sobriety and healing for sex addicts and other survivors of generational trauma.

    My professional experience and education has provided additional lenses to understand why "hurt people, hurt people," including how my Dad came to be where he's at today. I know my Dad had a rough childhood, a lack of emotional safety and skills, and didn't learn how to cope effectively (amongst other things). He struggled with depression and addiction throughout his life, and he got my Grandpa's pride and my Grandma's stubbornness. When he was on probation years ago, he humbled himself and was repairing relationships, working 3 jobs, had come back to church, was being a good husband and father, etc. The problem was a lack of education about what he was dealing with and a lack of resources/adequate treatment (25 years ago). So when his petition to come back to full-fellowship in our Church was denied, he was devastated because he had never worked so hard for something in his life. Without skills, proper

treatment, and support--he fell off the band wagon and started using pornography again. Eventually 19 years later, as pornography addiction warps the brain, he demonstrated a possible intent to harm (a fake person). He has shared that the Holy Spirit attempted to stop him from going, and I hope that he would have not followed through--we simply don't know. What we do know is that my Dad is grateful for the "Divine course correction," and that he has made miraculous changes.

My Dad has been sober for 4 ½ years and has made a complete 180° in terms of his attitude, demeanor, actions, and his heart. I speak with my Dad regularly (weekly phone and video chats, and monthly letters), and it's incredible to see his humility and that he really has no more disposition/desire to do evil, as our scriptures say. He has read/studied our 531-page <u>Book of Mormon: Another Testament of Jesus Christ</u> over 25x in the last few years, as well as studied the Bible, Doctrine & Covenants, religious books and study manuals, current conference talks, etc. In his first two *years* incarcerated, he lead our family prayer call *every single day*, as phone access permitted. Amongst his fellow "brothers"/inmates, he leads a prayer circle regularly and encourages them to follow God and change for the better. He's always polite, obedient, peaceful and respectful even when faced with corruption, inhumane treatment, and abuses of power and law. My Dad used to be one of the most prideful people I knew, and now he is truly the most Christ-like individual I know! He is filled with gratitude and appreciation, especially for His family, and he is careful about the media/content he consumes—now being sensitive to swearing and any kind of sexual content. He takes joy in others' successes, doesn't "murmur" or complain, and is generous with anything he has. Growing up, my Dad has always been an example of giving to the poor and feeding the hungry—even when we had very little ourselves—and even more so now he continues to serve and give freely to those in need. He desires to serve in whatever capacity God asks of him, and is consistently reflecting on his behavior. My Dad takes accountability for his actions, demonstrates deep remorse, and made recompense as far as he has been able under these circumstances. He has sincerely changed and saved lives, as he has comforted truly broken men—spreading messages of light, peace, and repentance.

Dr. Ablon unpacked 30 years of research and clinical psychology at Harvard Medical School when he explained, "People do well if they can." Everybody wants to do well and have healthy, happy relationships, but barriers get in the way sometimes—such as traumas, neglectful or abusive parents, and coping skill-deficits that create issues like addiction. I am proof that healing can occur, that abuse cycles can break, and that people do better when they can. I know my Dad has done better the past 4 ½ years and can continue to do better, with access to treatment and continued family support. I know my Dad's greatest desire is to have my Uncle Andy, with Down's Syndrome, re-baptize him. He'd also like to work to support my Mom, give back to society (has lots of great ideas), and serve a mission for our church. I also believe that our family can't completely heal while we're separated. We need our Father, especially now that he is the man we always wanted growing up. I deserve to have my Dad walk me down the aisle, and my future children deserve to have two healthy, healed Grandparents. And after everything my Mom has been through, and how hard she has worked her whole life to support our family, she deserves to have his financial support as she's approaching 60 years old and has no retirement setup. In my expert opinion working in the field of addiction, I do not have concerns that he would re-offend after the changes he's made the past 4 ½ years—especially if he engaged in an addiction program with a Certified Sex Addiction Therapist and Lifespan Integration Therapist. Those deep wounds will continue to heal *both* through science and through the Atonement of our Savior Jesus Christ.

I know Thomas is humbly willing to face the consequences of his actions. And, I would humbly ask you, your Honor, to consider the impact a long-term incarceration has on his family—financially, spiritually, etc. and our complete healing being on hold. My Grandpa died in his 70's and my Dad is not far off from that, especially with his diabetes. ☹ If I may respectfully make some requests in terms of placement: I would really love for my Dad to be in a facility with mental health services—particularly with access to study materials such as Patrick Carnes' Addiction Recovery work. I can order the materials, as long as the facility accepts them (some don't allow books even directly from vendors). I'd love for him to be able to participate in individual and group therapy, if possible. I also think it would be a huge relief to my family if there was a facility that had programs for work and education. I believe my Dad has an Associate's degree, and it would be wonderful (and healing) if he could finish his education and be better prepared to provide for himself and his family if/when he is released. Lastly, it would mean a lot to me if he could be placed somewhere with access to visits from family and clergy. My family moved to Utah in 2020 and I would love the opportunity to at least visit him a couple times a year. In 4 ½ years I have only been able to visit my Dad one time. I've been to Southern CA and Fresno a few times, but he has not been in a facility that accepts visitors, and it is a financial burden with him being in the central valley (more expensive flights). I've found cheap flights on occasion to the San Diego/Oceanside area, or like to Colorado or Arizona. If you could take that into consideration, your Honor, I would really appreciate that. Research shows recovery improves drastically with family support, opportunities for growth, and therapeutic resources. Thank you so much for your time and careful considerations, your Honor.

Kind regards,

*Tegan Binford*

Tegan Binford
2/6/25

Michelle Alvarado

1152 E Deborah ST
Eagle Mountain, UT 84005
559-312-3117
michellejbinford@yahoo.com

November 4, 2024

The Honorable Judge
United States District Court
Eastern District of California
2500 Tulare St Fresno, CA

Dear Your Honor,

I am writing to you as the daughter of Thomas Binford whom I have known for majority of my life. I am pleased to vouch for his character and integrity in my time with him.

Thomas has always had a big heart. He would always try to find ways to be a helping hand to those around him. Wether it was a homeless person who needed food/money/warm clothes/shelter, someone who needed a handyman, or someone who just needed a friend. On multiple occasions he provided help to those in need of these things. When one of his brothers was in need, he provided a place for him to live for years despite being hurt by him in the past. He was constantly giving money and food to the homeless even when our family did not have much to begin with. I remember him providing a safe place for someone to sleep and even giving someone the jacket off his back to complete strangers that he felt inspired to help.

His qualities of wanting to help and serve others have carried into his time in jail. He is constantly wanting to promote change within people and turn their hearts to Christ like he has. He has organized prayer and scripture study circles, provided a listening ear and advice, and offered much service to his "brothers" as he calls them. He sees everyone as a child of God and therefore his brother in Christ. He has read his Book of Mormon about 25 times last I heard, in the time that he has been in jail as well as the bible and numerous talks from authorities of our church. He has handed out many copies of the Book of Mormon to peers and has inspired them and uplifted them by sharing church related magazines and talks from the prophet and general authorities of our church. He has provided messages of hope and healing. He is always trying to uplift his peers and inspire them to be the best versions of themselves. He has made many efforts and has been successful in putting his friends/peers in contact with their friends and family on the outside. His actions are a testament of his compassion towards others. In addition he has put in great effort to maintain and rebuild relationships with members our family. He has taken accountability for his actions and made recompense. He held prayer call with our

family nearly everyday for 2 years and makes efforts as much as possible to check in on us and talk with us. He has truly turned his heart to Christ and has no desire/disposition to do evil. I've seen many mighty changes within him and his whole point of view and desires have shifted towards wanting to become more like Jesus Christ and our Father in Heaven. The best part about this, is he tries to be a force of positive change within his peers as well. He has thrived if facilities that he has access to resources that deepen his connection with Christ. He is always telling us about messages he has loved on the "Follow Him" podcast and is constantly recommending talks and scriptures that we should read.

I believe Thomas's conduct and character makes him deserving of your consideration. Thank you for your time and consideration.


Sincerely,


Michelle Alvarado