1  MICHELE BECKWITH
   Acting United States Attorney
2  ARIN C. HEINZ
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        CASE NO. 1:20-CR-00150-DAD-BAM

12 |                       Plaintiff,  FINAL ORDER OF FORFEITURE

13 |            v.

14 | THOMAS LAYMAN BINFORD,

15 |                       Defendant.

16

17     On October 23, 2024, the Court entered a Preliminary Order of Forfeiture pursuant to the

18 provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between plaintiff

19 and defendant Thomas Layman Binford, forfeiting to the United States the following property:

20          a.   iPhone cellular phone, IMEI: 355353085261471.

21     Beginning on December 3, 2024, for at least 30 consecutive days, the United States

22 published notice of the Court's Order of Forfeiture on the official internet government forfeiture

23 site www.forfeiture.gov. Said published notice advised all third parties of their right to petition

24 the Court within sixty (60) days from the first day of publication of the notice for a hearing to

25 adjudicate the validity of their alleged legal interest in the forfeited property.

26     The Court has been advised that no third party has filed a claim to the subject property,

27 and the time for any person or entity to file a claim has expired.

28

1  Accordingly, it is hereby ORDERED and ADJUDGED:

2  1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Thomas Layman Binford:

    a. iPhone cellular phone, IMEI: 355353085261471.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection – Homeland Security Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **April 25, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE