MARK W. COLEMAN #117306
LAW OFFICE OF MARK W. COLEMAN
2300 Tulare Street, Suite 300
Fresno, California 93721
P: (559) 552-8800
F: (559) 475-9328

Attorneys for Defendant
   THOMAS BINFORD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>THOMAS BINFORD,<br><br>        Defendant. | Case No.: 1:20-CR-00150-DAD-BAM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF THOMAS BINFORD AS ATTORNEY OF RECORD AND ORDER** |

  On September 3, 2020, Defendant, THOMAS BINFORD, was indicted on federal charges. CJA Panel Attorney Mark W. Coleman was appointed as trial counsel to represent Mr. Binford on August 28, 2020 in his/her criminal case. Mr. Binford was sentenced pursuant to a plea agreement on February 12, 2025. The time for filing a direct appeal was March 6, 2025. No direct appeal was filed. Mr. Binford was in custody at sentencing. The trial phase of Mr. Binford's criminal case has, therefore, come to an end. Having completed his/her representation of Mr. Binford, CJA attorney Mark W. Coleman now moves to terminate his appointment under the Criminal Justice Act.

  Should Mr. Binford require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330,

Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: April 29, 2025.                              Respectfully Submitted,

                                                    LAW OFFICE OF MARK W. COLEMAN

                                                    /s/ MARK W. COLEMAN

                                                    MARK W. COLEMAN
                                                    Attorney for Defendant

## ORDER

Having reviewed the notice and found that attorney Mark W. Coleman has completed the services for which he was appointed, the Court hereby grants attorney Coleman's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Thomas Binford at the following address and to update the docket to reflect Defendant's pro se status and contact information.

    Thomas L. Binford
    Register Number 79161-097
    FCI Terminal Island
    FEDERAL CORRECTIONAL INSTITUTION
    PO BOX 3007
    SAN PEDRO, CA   90733

IT IS SO ORDERED.

Dated:   **April 29, 2025**                              _Dale A. Drozd_
                                                 DALE A. DROZD
                                                 UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case 1:20-cr-00150-DAD-BAM    Document 98    Filed 04/30/25    Page 3 of 3